UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL R. GREEN,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>RODERICK Q. HICKMAN,<br><br>　　　　　Respondent. | Case No. CV 05-6101 AG(JC)<br><br>ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus by a Person in State Custody (the "Petition") and all of the records herein, including the attached Report and Recommendation of United States Magistrate Judge ("Report and Recommendation"), and petitioner's objections to the Report and Recommendation ("Objections"). The Court has further made a *de novo* determination of those portions of the Report and Recommendation to which objection is made.

　　　Petitioner's objections raise, among other things, multiple new arguments that were not presented to the Magistrate Judge. A district court has discretion, but is not required to consider evidence and claims raised for the first time in objection to a magistrate judge's report and recommendation. United States v. Howell, 231 F.3d 615, 621 (9th Cir. 2000), cert. denied, 534 U.S. 831 (2001).

1  Although petitioner characterizes his Objections as being predicated upon "newly
2  discovered evidence," the arguments and evidence reflected therein were available
3  to petitioner at the time he filed the Petition.  Under the circumstances, the Court
4  will exercise its discretion and decline to consider the new arguments and
5  evidence presented by petitioner.  "Such a policy is reasonable since the referral
6  mechanism is intended to help ease the heavy workloads of the district courts and
7  to aid in the efficient resolution of disputes." Plantillas v. Cate, 2009 WL 890656
8  at *1 (C.D. Cal. 2009) (quoting ISM Sports, Inc. v. Lemonia Gyro & Souvlaki,
9  Inc., 2005 WL 1861308, at *2 (E.D.N.Y. 2005)); see also Howell, 231 F.3d at 622
10 ("To require a district court to consider evidence not previously presented to the
11 magistrate judge would effectively nullify the magistrate judge's consideration of
12 the matter and would not help to relieve the workload of the district court . . . .
13 Equally important, requiring the district court to hear evidence not previously
14 presented to the magistrate judge might encourage sandbagging.").
15    The Court concurs with and adopts the findings, conclusions, and
16 recommendations of the United States Magistrate Judge and overrules the
17 Objections.
18    IT IS ORDERED that Judgment be entered denying the Petition and
19 dismissing this action with prejudice.
20    IT IS FURTHER ORDERED that the Clerk serve copies of this Order, the
21 Report and Recommendation, and the Judgment herein on petitioner and on
22 counsel for respondent.
23    LET JUDGMENT BE ENTERED ACCORDINGLY.
24
25    DATED: September 27, 2009
26
27                             _____
                               HONORABLE ANDREW J. GUILFORD
28                             UNITED STATES DISTRICT JUDGE