1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

MICHAEL R. GREEN
         Petitioner,

        v.

RODERICK Q. HICKMAN,
         Respondent.

)
)
)
)
)
)
)
)
)

Case No. CV 05-6101 AG(JC)

JUDGMENT

    Pursuant to this Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

    IT IS ADJUDGED that the Petition for Writ of Habeas Corpus by a Person in State Custody is denied and this action is dismissed with prejudice.

    DATED: September 27, 2009

_____
HONORABLE ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE